UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR. and JOHN F. HANSON, DMD, P.C., | § § § § § | |
| Plaintiffs, v. | § § § | Cause Number: 04-30045-KPN |
| ORTHALLIANCE INC., a Delaware corporation, | § § § § | |
| Defendant. | § § | |

**MOTION FOR ADMISSION OF BRIAN A. COLAO, PRO HAC VICE**

FILING FEE PAID
RECEIPT # 305523
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 2/24/04

John R. Gobel and Brian A. Colao hereby move the Court for admission of Brian A. Colao to the bar of this Court pro hac vice, to serve as co-counsel for the Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C. In support of this motion, the undersigned states as follows:

1. Brian A. Colao is a partner of the law firm of Locke Liddell & Sapp, LLP. His address is 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, with a telephone number of (214) 740-8000 and a facsimile number (214) 740-8800.

2. Brian A. Colao is a member of the Bar of the State of Texas. He was admitted to practice in the State of Texas in 1995. He is an active member in good standing in the Bar of the State of Texas and is not the subject of any disciplinary proceedings.

3. Mr. Colao is familiar with the local rules for the U.S. District Court for the District of Massachusetts and agrees to at all times abide by and comply with them throughout the pendency of this case.

1

38735:00001 : DALLAS : 1251090.1

4.  John R. Gobel is a member of the Bar of the State of Massachusetts and of this Court, and is currently counsel of record for John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

5.  WHEREFORE, John R. Gobel and Brian A. Colao move the Court for an order admitting Brian A. Colao to the Bar of this Court, pro hac vice, as co-counsel for John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

Respectfully submitted,

John R. Gobel, BBO#196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (413) 443-7337
Facsimile: (413) 499-2981

Brian A. Colao
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

COUNSEL FOR PLAINTIFFS,
JOHN F. HANSON, JR. and
JOHN F. HANSON, DMD, P.C.

38735:00001 : DALLAS : 1251090.1

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served by United States mail on this the 20th day of February 20, 2004, upon:

Scott M. Clearman
Michael D. Meyers
Robert H. Espey, II
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002

By: _____
Counsel for Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

38735:00001 : DALLAS : 1251090.1