## AFFIDAVIT OF BRIAN A. COLAO

NOW comes the undersigned, who being sworn, deposes and says as follows:

1. He is a Partner at Locke, Liddell & Sapp, LLP in Dallas, Texas.

2. He was admitted to practice in the State of Texas in 1995. Since that time he has practiced in all the Courts of Texas, the U.S. District Court for the Northern and Eastern Districts of Texas (1996), the U.S. District Court for the Western District of Texas (2002), the U.S. District Court for the Western District of Michigan (1997), and the U.S. Court of Appeals for the 5th Circuit (2003).

3. He is currently a member in good standing of the State Bar of Texas. There are no disciplinary proceedings which have ever been filed against him.

FURTHER, the Affiant saith not.

Dated this 6th day of February, 2004.

_____
BRIAN A. COLAO

The foregoing release was subscribed, sworn to and acknowledged before me by BRIAN A. COLAO, this 6th day of February, 2004.

My Commission Expires: 2/11/06

_____
NOTARY PUBLIC

38735:00001 : DALLAS : 1251074.1