04 - 30045 - KPN

## AFFIDAVIT OF CHRISTOPHER M. LaVIGNE

NOW comes the undersigned, who being sworn, deposes and says as follows:

1. He is an Associate at Locke, Liddell & Sapp, LLP in Dallas, Texas.

2. He was admitted to practice in the State of Texas in 2000. Since that time he has practiced in all the Courts of Texas, the U.S. District Court for the Northern District of Texas (2001), the Southern District of Texas (2002), and the U.S. Court of Appeals for the 5th Circuit (2003).

3. He is currently a member in good standing of the State Bar of Texas. There are no disciplinary proceedings which have ever been filed against him.

FURTHER, the Affiant saith not.

Dated this 6th day of February, 2004.

_____
CHRISTOPHER M. LaVIGNE

The foregoing release was subscribed, sworn to and acknowledged before me by CHRISTOPHER M. LaVIGNE, this 6th day of February, 2004.

My Commission Expires: 2/11/06

_____
NOTARY PUBLIC

38735:00001 : DALLAS : 1251072.1