AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

John F. Hanson, Je., et al.

vs.

OrthAlliance Inc.

APPEARANCE

Case Number: 04-30045

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

I certify that I am admitted to practice in this court. (Pro Hac Vice)

March 10, 2004
Date

Signature: Brian A. Colao

Print Name: Brian A. Colao    Bar Number: TX 00793528

Address: Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200

City: Dallas    State: Texas    Zip Code: 75201

Phone Number: (214) 740-8408    Fax Number: (214) 740-8800