AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

John F. Hanson, Jr., et al.

**APPEARANCE**

vs.

OrthAlliance Inc.

Case Number: 04-30045 - KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

I certify that I am admitted to practice in this court.   (Pro Hac Vice)

March 8, 2004
Date

Signature  *Christopher M. LaVigne*

Christopher M. LaVigne    TX 24026984
Print Name                Bar Number

Locke Liddell & Sapp, LLP
2200 Ross Ave, Suite 2200
Address

Dallas          Texas           75201
City            State           Zip Code

(214) 740-8621         (214) 740-8800
Phone Number           Fax Number