UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30045-KPN

JOHN F. HANSON, JR. and JOHN F. HANSON,
DMD, P.C.,

Plaintiffs,

v.

ORTHALLIANCE, INC.,

Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for defendant Orthalliance,

Inc.

Dated:  Springfield, Massachusetts
        April 12, 2004

LAW OFFICES OF ROBERT ARONSON

By _____
         Robert Aronson, Esq.

101 State Street
Springfield, Massachusetts 01103
Telephone:  (413) 733-2600
Facsimile:  (413) 737-4318
BBO No. 541800

McCLANAHAN & CLEARMAN, L.L.P.

By: Scott M. Clearman, Esq.
     Randy J. McClanahan, Esq.
     Robert H. Espey, II, Esq.
     Michael D. Myers, Esq.

4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

ATTORNEYS FOR DEFENDANT
ORTHALLIANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 12, 2004

_____
Robert Aronson