UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., et al, Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No 04-30045-KPN |
| ORTHALLIANCE INC., Defendant | ) ) ) |

## ASSENTED-TO MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Now comes John R. Gobel, attorney for Plaintiff, and requests that the initial scheduling conference scheduled for June 4, 2004 at 11:00 a.m. be rescheduled to a different date. As reason therefore, John R. Gobel, attorney for Plaintiff, states under the pains and penalties of perjury that he did not receive the "Notice of Scheduling Conference" and, accordingly, had no notice of that Scheduling Conference until May 24, 2004 when he learned of such conference through Robert Aronson, attorney for Defendant and, thereafter, by checking the Pacer System. Moreover, Attorney Gobel is scheduled and booked to attend the American Bar Association Conference on Professional Responsibility and Client Security in Naples, Florida from June 2, 2004 through June 6, 2004.

Wherefore, it is requested that the Scheduling Conference be rescheduled for a different date such as June 25, 2004. This matter has been discussed with and is assented to by Robert Aronson, attorney for Defendant.

Respectfully Submitted,

John R. Gobel, BBO#196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
(413) 443-7337

ASSENTED TO:

Robert Aronson, Esq.
101 State Street
Springfield, MA 01103
(413) 733-2600