UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30045-KPN

JOHN F. HANSON, JR. and JOHN F. HANSON, DMD, P.C.,

           Plaintiffs,

v.

ORTHALLIANCE, INC.,

           Defendant.

**CORPORATE DISCLOSURE STATEMENT
OF
DEFENDANT ORTHALLIANCE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendant Orthalliance, Inc. states that Orthodontic Centers of America, Inc. is the parent company of Orthalliance, Inc. and that there is no public company which owns 10% or more of the stock of Orthalliance, Inc.

Dated: Springfield, Massachusetts
       May 26, 2004

                              LAW OFFICES OF ROBERT ARONSON

                              By _____
                                    Robert Aronson, Esq.

                              101 State Street

Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

McCLANAHAN & CLEARMAN, L.L.P.

By: Scott M. Clearman, Esq.
  Randy J. McClanahan, Esq.
  Robert H. Espey, II, Esq.
  Michael D. Myers, Esq.

4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

ATTORNEYS FOR DEFENDANT
ORTHALLIANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 26, 2004

_____
Robert Aronson

2