UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30045-KPN

JOHN F. HANSON, JR. and JOHN F. HANSON, DMD, P.C.,

    Plaintiffs,

v.

ORTHALLIANCE, INC.,

    Defendant.

FILING FEE PAID:
RECEIPT # 305636
AMOUNT $ 200.00
BY DPTY CLK MGL
DATE 5/28/04

**DEFENDANT'S MOTION FOR
ADMISSION OF COUNSEL
<u>PRO HAC VICE</u>**

Pursuant to Local Rule 83.5.3(b), Robert Aronson, Esq., counsel for defendant Orthalliance, Inc. and a member of the bar of this Court, respectfully requests that leave be granted to permit Scott M. Clearman, Esq., Randy J. McClanahan, Esq., Robert H. Espey, II, Esq. and Michael D. Myers, Esq. to appear and practice in this Court in connection with this action based upon the attached affidavits which indicate that they are members of the bar in good standing in every jurisdiction where they have been admitted to practice, that there are no disciplinary proceedings against them as members of bar in any jurisdiction and that they are familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Dated: Springfield, Massachusetts
       May 26, 2004

                                          LAW OFFICES OF ROBERT ARONSON

                                          By _____
                                              Robert Aronson, Esq.

101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

McCLANAHAN & CLEARMAN, L.L.P.

By: Scott M. Clearman, Esq.
    Randy J. McClanahan, Esq.
    Robert H. Espey, II, Esq.
    Michael D. Myers, Esq.

4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

ATTORNEYS FOR DEFENDANT
ORTHALLIANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 26, 2004

                                      _____
                                      Robert Aronson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHALLIANCE, INC.,<br><br>Defendant. | Civil Action No. 04-30045-KPN |

**AFFIDAVIT OF SCOTT M. CLEARMAN IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Scott M. Clearman states and certifies, under the pains and penalties of perjury, that:

1. I am a member of the bar of the State of Texas and a partner of McClanahan & Clearman, L.L.P., 4100 Bank of America Center, 700 Louisiana, Houston, Texas, attorneys for the defendant OrthAlliance, Inc. ("OrthAlliance").

2. I submit this affidavit in support of OrthAlliance's motion, pursuant to Local Rule 83.5.3, to permit me to appear and practice in this court in connection with this action.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Sworn to under the pains and penalties of perjury on May 21, 2004.

_____
SCOTT M. CLEARMAN

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the attorney of record for each other party by mail on May 26, 2004.

_____
Robert Aronson

#21948

*Michael D. Myers affidavit, 20 May 2004, page 2.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ORTHALLIANCE, INC., <br><br> Defendant. | Civil Action No. 04-30045-KPN |

### AFFIDAVIT OF RANDY J. MCCLANAHAN IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Randy J. McClanahan states and certifies, under the pains and penalties of perjury, that:

1. I am a member of the bar of the State of Texas and a partner of McClanahan & Clearman, L.L.P., 4100 Bank of America Center, 700 Louisiana, Houston, Texas, attorneys for the defendant OrthAlliance, Inc. ("OrthAlliance").

2. I submit this affidavit in support of OrthAlliance's motion, pursuant to Local Rule 83.5.3, to permit me to appear and practice in this court in connection with this action.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Sworn to under the pains and penalties of perjury on May ____, 2004.

_____
RANDY J. MCCLANAHAN

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the attorney of record for each other party by mail on May 26, 2004.

_____
Robert Aronson

#21941 v1

*Randy J. McClanahan affidavit, 20 May 2004, page 2.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHALLIANCE, INC.,<br><br>Defendant. | Civil Action No. 04-30045-KPN |

## AFFIDAVIT OF ROBERT H. ESPEY, II IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Robert H. Espey, II states and certifies, under the pains and penalties of perjury, that:

1. I am a member of the bar of the State of Texas and an associate attorney at McClanahan & Clearman, L.L.P., 4100 Bank of America Center, 700 Louisiana, Houston, Texas, attorneys for the defendant OrthAlliance, Inc. ("OrthAlliance").

2. I submit this affidavit in support of OrthAlliance's motion, pursuant to Local Rule 83.5.3, to permit me to appear and practice in this court in connection with this action.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Sworn to under the pains and penalties of perjury on May 20, 2004.

_____
ROBERT H. ESPEY, II


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the attorney of record for each other party by mail on May 26, 2004.

_____
Robert Aronson

#21943

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHALLIANCE, INC.,<br><br>Defendant. | Civil Action No. 04-30045-KPN |

## AFFIDAVIT OF MICHAEL D. MYERS IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Michael D. Myers states and certifies, under the pains and penalties of perjury, that:

1. I am a member of the bar of the State of Texas and a partner of McClanahan & Clearman, L.L.P., 4100 Bank of America Center, 700 Louisiana, Houston, Texas, attorneys for the defendant OrthAlliance, Inc. ("OrthAlliance").

2. I submit this affidavit in support of OrthAlliance's motion, pursuant to Local Rule 83.5.3, to permit me to appear and practice in this court in connection with this action.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Sworn to under the pains and penalties of perjury on May 21, 2004.

_____
MICHAEL D. MYERS

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the attorney of record for each other party by mail on May 26, 2004.

_____
Robert Aronson

#21942