UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR. <br> and JOHN F. HANSON, <br> DMD, P.C., <br><br> Plaintiffs, <br> v. <br><br> ORTHALLIANCE INC., <br> a Delaware corporation, <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 3:04-CV-30045-MAP |

## PLAINTIFFS' MOTION TO SUPPLEMENT JOINT PROPOSED PRETRIAL SCHEDULING ORDER

In accordance with the Federal Rules of Civil Procedure and Local Rule 16.1, Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C. (collectively "Plaintiffs") hereby file their Motion to Supplement Joint Proposed Pretrial Scheduling Order and respectfully submit the following:

I.

The parties filed their Joint Proposed Pretrial Scheduling Order on June 18, 2004, and represented to the Court that they would each supplement the Proposed Order with the certificates required under Local Rule 16.1(D)(3). A true and correct copy of the Plaintiffs' executed certificate is attached hereto as Exhibit A. Plaintiffs respectfully request that the Court grant the Plaintiffs' Motion to Supplement Joint Proposed Pretrial Scheduling Order by incorporating into the record the certificate in compliance with Local Rule 16.1, attached hereto as Exhibit A.

Respectfully submitted,

/s/

_____
John R. Gobel, BBO No. 196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (413) 443-7337
Facsimile: (413) 499-2981

Brian A. Colao – *pro hac vice*
   Texas Bar No. 00793528
Christopher M. LaVigne – *pro hac vice*
   Texas State Bar No. 24026984
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

COUNSEL FOR PLAINTIFFS


_____
Robert Aronson, BBO No. 541800
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318

Scott Clearman – *pro hac vice*
   Texas Bar No. 04350090
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 21 day of June, 2004, to the following counsel of record:

via certified mail:
Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103

via certified mail:
Scott Clearman
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002

John R. Gobel

# EXHIBIT A

## CERTIFICATION BY PLAINTIFFS

Plaintiffs hereby certify that each party and party's counsel have conferred:

(a) with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


_____
John R. Gobel
Counsel for Plaintiffs


_____
John F. Hanson, Jr.
Plaintiff


John F. Hanson, D.M.D., P.C.
Plaintiff
By: _____
Its: _____

**JOINT PROPOSED PRETRIAL SCHEDULING ORDER**
38735:00001 : DALLAS : 1293087.1