UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR.<br>and JOHN F. HANSON,<br>DMD, P.C.,<br><br>    Plaintiffs,<br>v.<br><br>ORTHALLIANCE INC.,<br>a Delaware corporation,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:04-CV-30045-MAP |

## JOINT PROPOSED PRETRIAL SCHEDULING ORDER

In accordance with the Federal Rules of Civil Procedure and Local Rule 16.1, Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C. (collectively "Plaintiffs") and Defendant, OrthAlliance Inc. (hereinafter "Defendant"), hereby file their Joint Proposed Pretrial Scheduling Order as follows:

### I.

### COMPLIANCE WITH FEDERAL RULES AND LOCAL RULE 16.1

In accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1(B), counsel for the parties have conferred regarding: (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and, (3) considering whether they will consent to trial by Magistrate Judge. The parties have agreed that they do not consent to trial by Magistrate Judge.

The Plaintiffs have further presented a written settlement proposal to Defendant within the time set out in Local Rule 16.1(C). Defendant has timely responded with a written settlement response.

Pursuant to Local Rule 16.1(D)(3), the parties will file certifications signed by the parties' counsel and the parties prior to the Scheduling Conference set on June 25, 2004.

## II.

## PROPOSED PRETRIAL SCHEDULE, INCLUDING SCHEDULE FOR DISCOVERY

In accordance with Federal Rule 16(b) and Local Rule 16.1(D), counsel for the parties hereby submit the following joint proposed schedule regarding discovery and pretrial deadlines:

| | |
|---|---|
| Deadline for the Parties to Make Initial Disclosures Under Rule 26(a)(1)[1] | July 5, 2004 |
| Deadline to Join Other Parties | October 1, 2004 |
| Deadline to Amend the Pleadings | January 31, 2005 |
| Deadline to Serve Written Discovery Requests | April 1, 2005 |
| Deadline to Identify Trial Experts Under Rule 26(a)(2) | April 1, 2005 |
| Deadline for all Parties to Respond to Written Discovery Requests | June 1, 2005 |
| Deadline to Complete All Depositions, Including Expert Depositions[2] | June 1, 2005 |
| Deadline to File Dispositive Motions | June 15, 2005 |
| Deadline to File Non-Dispositive Motions | July 15, 2005 |
| Deadline for Settlement Conference, to be attended by trial counsel | August 15, 2005 |
| Deadline for Motions in Limine, Page and Line Designations, Trial Briefs, Jury Charge, Proposed Voir Dire and Other Pretrial Motions | September 19, 2005 |
| Deadline for Final Trial Exhibit Lists and Witness Lists | September 23, 2005 |
| Final Pretrial Conference | September 26, 2005 |
| Trial Setting | October 3, 2005 |

---

[1] The parties make the following changes to the timing, form or requirements for disclosures under Rule 26(a)(1): the timing should be extended until July 5, 2004.

[2] The parties propose that depositions be taken and used according to the Federal Rules of Civil Procedure, and any Local Rules that govern such depositions, except that depositions taken in other related cases may be used at trial in this case, subject to sixty days notice prior to the deadline to complete depositions of June 1, 2005.

**JOINT PROPOSED PRETRIAL SCHEDULING ORDER** - Page 2
DALLAS:38735/00001:1285681v1

In conjunction with preparing the Proposed Scheduling Order, the parties have also conferred regarding the topics contemplated by Federal Rules of Civil Procedure 16(c) and 26(f).

The parties believe that discovery will be needed only with respect to liability and damages. The parties further believe that the discovery should not be conducted in phases as related litigation in other states has provided the parties' counsel ample opportunity to realistically assess the claims at issue in this litigation.

The parties do not believe that any changes regarding limitations imposed by the Federal Rules of Civil Procedure or the local rules are necessary. Discovery should be conducted in accordance with the applicable Federal and Local Rules.

The parties also agree that within sixty (60) days of the initial scheduling conference, a motion for protective order will be filed for the Court's approval.

### III.

### CONCLUSION

By the foregoing proposed scheduling order, the parties confirm the obligation to limit discovery set forth in Rule 26(b) of the Federal Rules of Civil Procedure. The parties also confirm that the foregoing dates result from the joint consideration of the desirability of conducting phased discovery in which the first phase is limited to developing information needed for a realistic assessment of the case and, if the case does not terminate, a second phase directed at information needed to prepare for trial.

Dated: June 17, 2004.

Respectfully submitted,

*[signature]*

John R. Gobel, BBO No. 196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (413) 443-7337
Facsimile: (413) 499-2981

Brian A. Colao – *pro hac vice*
 Texas Bar No. 00793528
Christopher M. LaVigne – *pro hac vice*
 Texas State Bar No. 24026984
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

COUNSEL FOR PLAINTIFFS


*[signature] w/p cml*

Robert Aronson, BBO No. 541800
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318

Scott Clearman – *pro hac vice*
 Texas Bar No. 04350090
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 17th day of June, 2004, to the following counsel of record:

<u>via certified mail:</u>
Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103

<u>via certified mail:</u>
Scott Clearman
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002

Christopher M. LaVigne