UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN F. HANSON, JR. and )
JOHN F. HANSON, DMD, P.C., )
        Plaintiffs )
)
v. ) Civil Action No. 04-30045-MAP
)
)
ORTHALLIANCE, INC., )
        Defendant )

SCHEDULING ORDER
June 25, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by July 5, 2004.

2. All discovery, both written and via deposition, regarding the motions for summary judgment which the parties intend to file (as discussed this day), shall be completed by December 31, 2004.

3. All motions for summary judgment shall be filed by January 31, 2005. Oppositions shall be filed by February 18, 2005, to which replies may be filed by March 4, 2005.

4. If no motions for summary judgment are filed, counsel shall appear for a case management conference on February 25, 2005, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge