UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30045-KPN

---

JOHN F. HANSON, JR. and JOHN F. HANSON,
DMD, P.C.,

                  Plaintiffs,

        v.

ORTHALLIANCE, INC.,

                  Defendant.

---

CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)
OF
DEFENDANT ORTHALLIANCE, INC.

Pursuant to Local Rule 16.1(D)(3), attached hereto is a Certification affirming that defendant Orthalliance, Inc. and counsel for defendant Orthalliance, Inc. have conferred regarding the establishment of a budget for the costs of conducting this litigation and with respect to the resolution of the litigation through the use of alternative dispute resolution programs.

Dated: Springfield, Massachusetts
        July 9, 2004

LAW OFFICES OF ROBERT ARONSON

By _____
Robert Aronson, Esq.

101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

McCLANAHAN & CLEARMAN, L.L.P.

By: Scott M. Clearman, Esq.
Randy J. McClanahan, Esq.
Robert H. Espey, II, Esq.
Michael D. Myers, Esq.

4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

ATTORNEYS FOR DEFENDANT
ORTHALLIANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 9, 2004.

_____
Robert Aronson

2

## CERTIFICATION

Defendant hereby certifies that it and its counsel have conferred:

a) with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
Robert H Espey, II
Counsel for defendant, *pro hac vice* pending


OrthAlliance Inc.
Defendant

By: _____

Its: _Senior Vice President_