IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHALLIANCE, INC.,<br><br>Defendant. | Civil Action No. 04-30045-KPN |

**NOTICE OF FILING OF MOTION FOR TRANSFER OF ACTIONS FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Please take notice that on September 14, 2004, OrthAlliance, Inc. submitted the accompanying motion for transfer of actions for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, together with the accompanying brief in support of the motion (with referenced exhibits) and schedule of actions, to the Judicial Panel on Multidistrict Litigation.

Dated: Springfield, Massachusetts
September 27, 2004

LAW OFFICES OF ROBERT ARONSON

By: _____
Robert Aronson, Esq.

101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

McCLANAHAN & CLEARMAN, L.L.P.

By: Scott M. Clearman, Esq.
Randy J. McClanahan, Esq.
Robert H. Espey, II, Esq.
Michael D. Myers, Esq.

4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

ATTORNEYS FOR DEFENDANT
ORTHALLIANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the above referenced documents were served upon upon the attorneys of record for each other party by mail on September 27, 2004 to the following:

Brian A. Colao
Christopher M. LaVigne
Locke, Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
*Attorneys for John F. Hanson, Jr. and Johns F. Hanson, DMD, P.C.;*

John P. Gobel
Gobel & Hollister
106 Wendell Avenue
Pittsfield, MA 01201
*Attorney for John F. Hanson, Jr. and Johns F. Hanson, DMD, P.C.*

Robert Aronson, Esq.

#22709 v2

*Notice of filing, page 2.*