UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN F. HANSON, JR.
and JOHN F. HANSON,
DMD, P.C.,

    Plaintiffs,

v.

ORTHALLIANCE INC.,
a Delaware corporation,

    Defendant.

Civil Action No. 3:04-CV-30045-MAP

## NOTICE OF FILING WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 5.2(b) of the Local Rules for the Judicial Panel on Multidistrict Litigation (the "JPML"), the attached documents were filed with the JPML, pursuant to 28 U.S.C. § 1407, and may materially affect this litigation:

- THE LOCKE LIDDELL GROUP OF FORMER ORTHALLIANCE DOCTORS' CROSS-MOTION FOR TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407;

- THE LOCKE LIDDELL GROUP OF FORMER ORTHALLIANCE DOCTORS' RESPONSE IN PARTIAL OPPOSITION TO ORTHALLIANCE, INC.'S MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 AND BRIEF IN SUPPORT OF THEIR CROSS-MOTION FOR TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407; and

- THE LOCKE LIDDELL GROUP OF FORMER ORTHALLIANCE DOCTORS' APPENDIX IN SUPPORT.

138735:00001 : DALLAS : 1326985.1

Respectfully submitted,

*[signature]*

Roger B. Cowie
Texas Bar No. 00783886
Brian A. Colao
Texas Bar. No. 00793528
Christopher M. LaVigne
Texas Bar. No. 24026984
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (telephone)
(214) 740-8800 (telecopy)

Richard M. Goldstein
Florida Bar No. 197319
GOLDSTEIN, TANEN & TRENCH, P.A.
One Biscayne Tower, Suite 3250
Two South Biscayne Boulevard
Miami, Florida 33131
(305) 374-3250 (telephone)
(305) 374-7632 (telecopy)

**ATTORNEYS FOR THE LOCKE LIDDELL GROUP OF FORMER ORTHALLIANCE DOCTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via certified mail on the 11th day of October, 2004, to the following counsel of record:

Scott M. Clearman
MCCLANAHAN & CLEARMAN, L.L.P.
4100 Bank of America Center
700 Louisiana Street
Houston, Texas 77002

*[signature]*

Christopher M. LaVigne

238735:00001 : DALLAS : 1326985.1