# LOCKE LIDDELL & SAPP LLP

ATTORNEYS & COUNSELORS

2200 ROSS AVENUE
SUITE 2200
DALLAS, TEXAS 75201-6776

AUSTIN • DALLAS • HOUSTON • NEW ORLEANS

(214) 740-8000
Fax: (214) 740-8800
www.lockeliddell.com

DIRECT NUMBER: (214) 740-8621
DIRECT FACSIMILE: (214) 756-8621
email: clavigne@lockeliddell.com

October 12, 2004

**VIA FACSIMILE AT (202) 502-2888**

Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

  Re: *In re OrthAlliance, Inc. Contract Litigation*
    MDL Docket No. 1652

Dear Mr. Beck:

  This letter confirms our telephone conversation that the Judicial Panel on Multidistrict Litigation will file and docket the materials associated with The Locke Liddell Group of Former OrthAlliance Doctors' Cross-Motion for Transfer of Actions to the United States District Court for the Northern District of Texas Pursuant to 28 U.S.C. § 1407 as a response only to the previously filed Motion for Transfer filed by OrthAlliance. Therefore, it is unnecessary for the other parties to file responses to our cross-motion and that the briefing schedule is not being extended to permit such responses.

  Thank you for your assistance in connection with this matter. Per your request, I am attaching a certificate of service to this letter to reflect service on all parties and District Court Clerks. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Christopher M. LaVigne
For the Firm

Enclosures
cc: See Attached

38735:00001 : DALLAS : 1327499.1

October 12, 2004
Page 2

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.2(c), I hereby certify that on October 12, 2004, a true and correct copy of the foregoing letter was served by U.S. Mail with the clerk of the following United States District Courts:

Northern District of Texas, Dallas Division
Northern District of Georgia, Atlanta Division
Middle District of Tennessee, Nashville Division
Eastern District of Kentucky, Lexington Division
Middle District of Florida, Jacksonville Division
Middle District of Florida, Tampa Division
District of Massachusetts, Springfield Division
Northern District of Illinois, Eastern Division
Northern District of Florida, Pensacola Division
Southern District of Florida, Miami Division
Northern District of Alabama, Southern Division
District of Oregon

and by delivering the same by U.S. Mail to the following:

Scott M. Clearman
McCLANAHAN & CLEARMAN, L.L.P.
4100 Bank of America Center
700 Louisiana Street
Houston, Texas 77002

*Attorneys for OrthAlliance, Inc. and Orthodontic Centers of America, Inc.*

James P. Rea
Dominick, Fletcher, Yeilding,
   Wood & Lloyd, P.A.
2121 Highland Avenue South
Birmingham, AL 35205

*Attorneys for Ronald G. Philipp and Birmingham Orthocare, P.C.*

Kristin L. Bremer
Barran Liebman
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204

*Co-Counsel for Dr. Kenneth Greenbaum and Greenbaum Orthodontics, P.C.*

Michael A. Kraft
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson
Peoria, IL 61602

*Attorney for Charles L. Schnibben, D.D.S., M.S. and Dr. Charles L. Schnibben, Ltd.*

38735:00001 : DALLAS : 1327499.1

October 12, 2004
Page 3

Stephen C. Trawick, D.D.S. and
Trawick Orthodontic Center, P.A.
c/o Stephen C. Trawick, D.D.S.
1100 Airport Blvd., Bldg. A
Pensacola, FL 32504

*Pro se*

Glenn R. LeMay
DiCecco Fant & Burman
1900 West Loop S, Suite 1100
Houston, TX 77027

*Attorney for Robert P. Buck, Buck Orthodontics, P.C., Steve Cole, and Bay Area Orthodontics, P.C.*

_____
Christopher M. LaVigne