IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ORTHALLIANCE, INC., <br><br> Defendant. | Civil Action No. 04-30045-KPN |

**NOTICE OF FILING OF ORTHALLIANCE'S REPLY IN SUPPORT OF ITS MOTION FOR TRANSFER OF ACTIONS FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1407**

Please take notice that on October 18, 2004, OrthAlliance, Inc. submitted the accompanying reply in support of its motion for transfer of actions for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 to the Judicial Panel on Multidistrict Litigation.

Dated: Springfield, Massachusetts
October 21, 2004

LAW OFFICES OF ROBERT ARONSON

By: _____
Robert Aronson, Esq.

101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318
BBO No. 541800

McCLANAHAN & CLEARMAN, L.L.P.

By: Scott M. Clearman, Esq.
    Randy J. McClanahan, Esq.
    Robert H. Espey, II, Esq.
    Michael D. Myers, Esq.

4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone:  (713) 223-2005
Facsimile:  (713) 223-3664

ATTORNEY FOR DEFENDANT
ORTHALLIANCE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, and the accompanying Reply (and exhibits), were served by mail on October 21, 2004 to the following:

Brian A. Colao
Christopher M. LaVigne
Locke, Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
*Attorneys for John F. Hanson, Jr. and*
*Johns F. Hanson, DMD, P.C.;*

Robert Aronson, Esq.

#23231 v2