UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR.<br>and JOHN F. HANSON,<br>DMD, P.C.,<br><br>        Plaintiffs,<br>v.<br><br>ORTHALLIANCE INC.,<br>a Delaware corporation,<br><br>        Defendant. | §§§§§§§§§§§ Civil Action No. 3:04-CV-30045-MAP |

## JOINT EMERGENCY MOTION FOR EXTENSION OF TIME

Plaintiffs John F. Hanson, Jr. and John F. Hanson D.M.D., P.C. ("Plaintiffs") and Defendant OrthAlliance, Inc., ("OrthAlliance") respectfully file this Joint Emergency Motion for Extension of Time as follows:

I.

1. The current deadline for all parties to file motions for summary judgment is January 31, 2005. This motion affects such deadline and, therefore, is time sensitive.

2. This case is part of a nationwide litigation between OrthAlliance and certain orthodontists and their respective orthodontic practices which had previously affiliated with OrthAlliance. There are approximately 20 similar cases pending in state and federal courts throughout the country.

3. On December 16, 2004, OrthAlliance and 62 orthodontists represented by the law firm of Locke Liddell & Sapp, LLP (the "Doctors"), including Dr. Hanson, entered into a stand

**Page 1**

still agreement (the "Agreement").[1] Under the Agreement, OrthAlliance and the Doctors agreed to an immediate stand still of all pending litigation matters between the parties until January 31, 2005, subject to additional extensions. The parties presently intend to extend the Agreement for a subsequent thirty day period, although such extension has not been finalized.

4. The purpose of the Agreement is to permit OrthAlliance and the Doctors to focus their attention on and to prepare for a global settlement conference. Judge Phillip Simon of the Northern District of Indiana, Hammond Division, has agreed to act as facilitator for the conference. Significantly, Judge Simon has already successfully settled four similar lawsuits involving OrthAlliance and Locke Liddell clients.

5. It is anticipated that the global settlement conference will occur in Hammond, Indiana in February or March of 2005.

6. The Doctors and OrthAlliance agree that addressing the litigation issues globally and in a single forum will provide a greater possibility for resolution than individual settlement discussions between the parties to each lawsuit.

7. The Parties' Agreement, of course, is not binding on the Court. However, the parties respectfully request a sixty day extension to file motions for summary judgment so that they may devote their full time and attention to the pending global settlement conference. Obviously, resolution of this matter through settlement will preserve the judicial resources of both the Court and the Parties. Thus, the Parties mutually request a 60 day extension of the deadline to file motions for summary judgment.

---

[1] *See* Exhibit A.

DALLAS: 38735.00001: 1358863v1

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and OrthAlliance respectfully request that the Court grant this Joint Emergency Motion for Extension of Time and extend the deadline for filing motions for summary judgment until April 1, 2005.

Respectfully submitted,

/s/   Christopher M. LaVigne

John R. Gobel, BBO#196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (413) 443-7337
Facsimile: (413) 499-2981

Brian A. Colao – *pro hac vice*
  Texas Bar No. 00793528
Christopher M. LaVigne – *pro hac vice*
  Texas State Bar No. 24026984
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

COUNSEL FOR PLAINTIFFS

/s/   Scott M. Clearman

Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103
Telephone: (413) 733-2600
Facsimile: (413) 737-4318

Scott M. Clearman
  Texas State Bar No. 04350090
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 27 day of January, 2005, to the following counsel of record:

via US mail:
Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103

via US mail:
Scott Clearman
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002

/s/   Christopher M. LaVigne

RightFax                     12/16/2004 2:45     PAGE 002/006     Fax Server

## McClanahan & Clearman, L.L.P.
ATTORNEYS AT LAW
4100 BANK OF AMERICA CENTER
700 LOUISIANA
HOUSTON, TEXAS 77002

TELEPHONE (713) 223-2005
FACSIMILE (713) 223-3664
INTERNET WWW.MCLLP.COM

SCOTT M. CLEARMAN                                    E-MAIL: SCOTT@MCLLP.COM

16 December 2004

Roger Cowie                                          *By facsimile: (214) 740-8800*
Locke Liddell & Sapp, LLP                                           *and email*
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

*CONFIDENTIAL COMMUNICATION SUBJECT TO RULE 408 OF THE
FEDERAL RULES OF EVIDENCE AND STATE COUNTERPARTS, AS WELL AS THE
LETTER AGREEMENT DATED JULY 28, 2004*

Re:   OrthAlliance, Inc. litigation

Dear Mr. Colao:

This letter agreement is binding upon our clients, as specifically identified. My clients, OrthAlliance, Inc., OrthAlliance New Image, Inc., and OCA, Inc., f/k/a Orthodontic Centers of America, Inc. (collectively, "OrthAlliance") have authorized me to sign on their behalves. Your clients and their practices, as shown above your signature block, have authorized you to sign on their behalves. Your clients shall be called "the Doctors." OrthAlliance and the Doctors shall hereinafter be collectively referred to as the "Parties."

Our agreed terms are as follows.

1.   Stand Still Agreement (the "Agreement"). Except as stated herein, the Parties mutually agree to an immediate stand still of all pending litigation matters. This Agreement shall terminate on January 31, 2005, unless otherwise extended by the mutual agreement of the parties hereto. The purpose of this Agreement is to permit the parties to focus their time and attention on organizing and preparing for a global mediation/settlement conference before Judge Phillip P. Simon of the United States District Court for the Northern District of Indiana, Hammond Division (the "Settlement Conference"). The Parties will immediately initiate that effort, in good faith, with assistance from Judge Simon. Specifically, the parties will ask



Judge Simon to arrange a meeting, either in person or by telephone, in early January to facilitate the process of creating the mediation/settlement conference.

This Agreement shall include, but not be limited to:

a.  All discovery, motions, or other litigation matters between the Parties;

b.  All outstanding discovery between the Parties shall be stayed until January 31, 2005, unless agreed otherwise. At that time, we will agree to reset the following discovery matters:

  i.  *DeVito*: the depositions of Tony Paternostro, Paul Ouellette and Joel McAliley.

  ii. *Hanson*: any necessary discovery for summary judgment motions.

  iii. *KCO*: any outstanding written discovery and the deposition of Tony Paternostro.

  iv. *General*: the depositions of The McCarthy Group and Kelly McCrann in all cases where discovery is open, including *KCO*.

c.  As soon as practicable, we will mutually petition the following courts to extend the following deadlines:

  i.  *KCO*: We will file a joint motion to allow the prompt completion of discovery and to reschedule the remaining deadlines reflected in the court's order of August 23, 2004 (including the trial, only if necessary, and only for a short a period of time as may be necessary to complete any pretrial matters) consistent with manner in which those deadlines are currently scheduled.

  ii. *Scott* and *Garner*: We will file a joint motion to extend all pretrial conferences.

  iii. *Greenbaum*: We will file a joint motion to extend the due date for the summary judgment reply.

  iv. *Hester/Fender*: We will file a joint motion to extend the deadlines for the designation of all experts and

*Letter Agreement, 16 December 2004, page 2.*

        OrthAlliance's reply in support of its motions for summary judgment.

v.    *Hanson*: We will file a joint motion to extend the deadline for dispositive motions and discovery related to dispositive motions.

vi.    *Others*: As other events not expressly stated herein arise or are recognized, the parties will agree to file joint motions consistent with this abatement for purposes of facilitating settlement.

d.    The Parties will refrain from filing further suits or arbitration actions against one another until January 31, 2005, unless otherwise extended by agreement. The running of any statutes of limitations or other time based defenses will be tolled [*handwritten: From the date of this agreement*] /until January 31, 2005, unless otherwise extended by agreement.

2.    The parties expressly agree that this Agreement does not apply to the following:

a.    The resumption of the *Snow et al.* summary judgment motions set for oral argument on December 21, 2004 in Los Angeles, California, or as may otherwise be reset or continued by the Court or the agreement of the parties;

b.    The *Lee* eviction proceeding in Santa Clara, California, and the related motions for coordination, TRO, preliminary injunction, and contempt before Judge Mohr in Los Angeles, California;

c.    Any matter currently on appeal;

d.    The filing of the Joint Motion to Abate in the *Potter* state court litigation in Fort Worth, Texas;

e.    The breach of settlement litigation involving Dr. Yaffey (who is no longer part of the Doctors) in Miami, Florida;

f.    Execution or performance of any previously negotiated settlement agreement, including those involving OrthAlliance and any of the following: Dr. Cohen, Dr. Togrye, Dr. Pence, Dr. Lahrman, Dr. Simons, Dr. Humphries, and any other doctors with whom settlement agreements may be reached before the expiration of this Agreement; and

*Letter Agreement, 16 December 2004, page 3.*

      g. Any matter where a court refuses to extend a deadline pursuant to a joint motion as outlined in Paragraph 1(c).

3. The Parties will give this Agreement to Judge Simon. The Parties mutually agree that they shall not unilaterally notify any other Court of this Agreement except by agreed motion or other agreed means. The Parties expressly agree and understand that this Agreement is not binding on any Court. Thus, the Parties agree and understand that one or more Courts may issue rulings, decisions, or orders that may materially affect the Parties' positions at the Settlement Conference. Notwithstanding this risk, the Parties agree to enter into this Agreement and further agree that this Agreement shall not be grounds for arguing that a Court should refrain from ruling on any currently pending motions.

Signed on behalf of OrthAlliance, Inc., OrthAlliance New Image, Inc., and OCA, Inc., f/k/a Orthodontic Centers of America, Inc., their predecessors, subsidiaries, and assignees:

McCLANAHAN & CLEARMAN, L.L.P.

By: _____
      Scott M. Clearman

*Letter Agreement, 16 December 2004, page 4.*

      Signed on behalf of the following individual doctors, their practices, and wholly or partially owned business that are, in anyway, owned by the individual doctors, including: Dr. Ronnie Anderson, Dr. Kirk Anderton, Dr. Hans Andringa, Dr. Ronald Barnett, Dr. Robert Borkowski, Dr. William Brady, Dr. Alicia Carroll, Dr. T. Barry Clower, Dr. Monte Collins, Dr. David Crouch, Dr. Robert Crum, Dr. Michael DeVito, Dr. Stephen Dickens, Dr. Douglas Durbin, Dr. Dana Fender, Dr. David Garner, Dr. Michael Goodwin, Dr. Joseph Gray, Dr. Kenneth Greenbaum, Dr. Michael Habern, Dr. John Hanson, Dr. Wayne Hester, Dr. Douglas Horn, Dr. John Huang, Dr. Gene Humphries, Dr. Michael Johnson, Dr. Arthur Kammerman, Dr. Lester Kuperman, Dr. Don Lahrman, Dr. Kent Lauson, Dr. Paul Lee, Dr. Karl Lugas, Dr. Ronald Maddox, Dr. Louis Mascola, Dr. Rudolf Mayer, Dr. Robert McClurg, Dr. George Mitchell, Dr. Jim Bill Morrow, Dr. Brian Nettleman, Dr. Kirk Nielson, Dr. Den Pence, Dr. Robert Penny, Dr. Ronald Perkins, Dr. Robert Pickron, Dr. Steven Potter, Dr. Bill Reeves, Dr. Mario Ricciardi, Dr. Joe Richards, Dr. Suellen Rodeffer, Dr. Victor Sands, Dr. Randall Schmidt, Dr. Gregory Scott, Dr. Charles Simons, Dr. David Snodgrass, Dr. Gilbert Snow, Dr. Les Starnes, Dr. Claude Stephens, Dr. Hal Stevenson, Dr. Keith Stewart, Dr. Kurt Stormberg, Dr. Thomas Surber, Dr. Stephen Yao, Dr. Paul Yurfest.

LOCKE LIDDELL & SAPP, LLP

By: _____Roger Cowie_____
          Roger Cowie

SMC/alm