UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR.<br>and JOHN F. HANSON,<br>DMD, P.C., | §<br>§<br>§<br>§ | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:04-CV-30045-MAP |
| | § | |
| ORTHALLIANCE INC.,<br>a Delaware corporation, | §<br>§<br>§ | |
| Defendant. | § | |

### AGREED ORDER GRANTING JOINT EMERGENCY MOTION FOR EXTENSION OF TIME

By agreement of the Parties,

It is hereby ORDERED that Plaintiffs' and Defendant's deadline for filing motions for summary judgment is extended from January 31, 2005 until and including April 1, 2005.

This the ___ day of _____, 2005.

_____
Michael A. Ponsor, JUDGE PRESIDING

**Page 1**

Tendered by:

| | |
|---|---|
| /s/   Christopher M. LaVigne | /s/   Scott M. Clearman |
| John R. Gobel, BBO#196340 | Robert Aronson |
| GOBEL & HOLLISTER | Law Offices of Robert Aronson |
| 106 Wendell Avenue | 101 State Street |
| Pittsfield, Massachusetts 01201 | Springfield, Massachusetts 01103 |
| Telephone:  (413) 443-7337 | Telephone:  (413) 733-2600 |
| Facsimile:  (413) 499-2981 | Facsimile:  (413) 737-4318 |
| | |
| Brian A. Colao – *pro hac vice* | Scott M. Clearman |
|    Texas Bar No. 00793528 |    Texas State Bar No. 04350090 |
| Christopher M. LaVigne – *pro hac vice* | McClanahan & Clearman, LLP |
|   Texas State Bar No. 24026984 | 4100 Bank of America Center |
| LOCKE LIDDELL & SAPP LLP | 700 Louisiana |
| 2200 Ross Avenue, Suite 2200 | Houston, Texas 77002 |
| Dallas, TX 75201 | Telephone:  (713) 223-2005 |
| Telephone:  (214) 740-8000 | Facsimile:  (713) 223-3664 |
| Facsimile:  (214) 740-8800 | |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this 27 day of January, 2005, to the following counsel of record:

| | |
|---|---|
| via US mail: | via US mail: |
| Robert Aronson | Scott Clearman |
| Law Offices of Robert Aronson | McClanahan & Clearman, LLP |
| 101 State Street | 4100 Bank of America Center |
| Springfield, Massachusetts 01103 | 700 Louisiana |
| | Houston, Texas 77002 |

/s/   Christopher M. LaVigne