UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR.<br>and JOHN F. HANSON,<br>DMD, P.C.,<br><br>        Plaintiffs,<br>v.<br><br>ORTHALLIANCE INC.,<br>a Delaware corporation,<br><br>        Defendant. | §§§§§§§§§§§ | Cause Number: 04-30045 - KPN<br><br>FILING FEE PAID:<br>RECEIPT # 305883<br>AMOUNT $ 150.00<br>BY DPTY CLK  MGK<br>DATE  3/17/05 |

## MOTION FOR ADMISSION OF
## ROGER B. COWIE, NOLAN C. KNIGHT, AND ABIGAIL B. MOORE, PRO HAC VICE

John R. Gobel hereby moves the Court for admission of Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore to the bar of this Court *pro hac vice*, to serve as counsel for the Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C. In support of this motion, the undersigned states as follows:

1.      Roger B. Cowie is a partner and Nolan C. Knight and Abigail B. Moore are associates with the law firm of Locke Liddell & Sapp, LLP, located at 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, with a telephone number of (214) 740-8000 and a facsimile number of (214) 740-8800.

2.      Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore are members of the Bar of the State of Texas. Roger B. Cowie was admitted to practice in the State of Texas in 1992, Nolan C. Knight was admitted to practice in 2000, and Abigail B. Moore was admitted to practice in 2002. They are all active members in good standing in the Bar of the State of Texas and are not the subject of any disciplinary proceedings.

3. Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore are familiar with the local rules for the U.S. District Court for the District of Massachusetts and agree to at all times abide by and comply with them throughout the pendency of this case.

4. John R. Gobel is a member of the Bar of the State of Massachusetts and of this Court, and is currently counsel of record for John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

5. WHEREFORE, John R. Gobel moves the Court for an order admitting Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore to the Bar of this Court, *pro hac vice*, as counsel for John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

Respectfully submitted,

_____
John R. Gobel, BBO#196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (413) 443-7337
Facsimile: (413) 499-2981

_____
Roger B. Cowie
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

_____
Nolan C. Knight
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Case 3:04-cv-30045-MAP    Document 30    Filed 03/17/2005    Page 3 of 3

_____
Abigail B. Moore
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800


COUNSEL FOR PLAINTIFFS,
JOHN F. HANSON, JR. and
JOHN F. HANSON, DMD, P.C.


## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served by certified mail, return-receipt requested on this the 16th day of March ___, 2005, upon:

Scott M. Clearman
Michael D. Meyers
Robert H. Espey, II
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002

Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, MA 01103


By: _____
Counsel for Plaintiffs, John F. Hanson, Jr. and
John F. Hanson, DMD, P.C.

3

DALLAS: 38735.00001: 1374210v1