## AFFIDAVIT OF ROGER B. COWIE

NOW comes the undersigned, who being sworn, deposes and says as follows:

1.   He is a Partner at Locke, Liddell & Sapp, LLP in Dallas, Texas.

2.   He was admitted to practice in the State of Texas in 1992. Since that time he has also been admitted to practice in all of the State Courts of Texas, the U.S. District Court for the Northern District of Texas (1992), the U.S. District Court for the Eastern District of Texas (1998), the U.S. District Court for the Western District of Texas (1999), the U.S. District Court for the Southern District of Texas (1995), the U.S. Court of Appeals for the 5th Circuit (1997), the U.S. Court of Appeals for the 10th Circuit (1999), and the U.S. Court of Appeals for the 11th Circuit (1998).

3.   He is currently a member in good standing of the State Bar of Texas. There are no disciplinary proceedings which have ever been filed against him.

FURTHER, the Affiant saith not.

Dated this _15_ day of March, 2005.

_____
ROGER B. COWIE

The foregoing release was subscribed, sworn to and acknowledged before me by ROGER B. COWIE, this _15th_ day of March, 2005.

My Commission Expires: _2-11-06_.

_____
NOTARY PUBLIC

DALLAS: 38735.00001: 1251074v1