## AFFIDAVIT OF NOLAN C. KNIGHT

NOW comes the undersigned, who being sworn, deposes and says as follows:

1. He is an associate at Locke, Liddell & Sapp, LLP in Dallas, Texas.

2. He was admitted to practice in the State of Texas in 2000. Since that time he has also been admitted to practice in all of the State Courts of Texas, the U.S. District Court for the Northern District of Texas (2001), the U.S. District Court for the Eastern District of Texas (2003), and the U.S. Court of Appeals for the 5th Circuit (2004).

3. He is currently a member in good standing of the State Bar of Texas. There are no disciplinary proceedings which have ever been filed against him.

FURTHER, the Affiant saith not.

Dated this 14th day of March, 2005.

_____
NOLAN C. KNIGHT

The foregoing release was subscribed, sworn to and acknowledged before me by NOLAN C. KNIGHT, this 14th day of March, 2005.

My Commission Expires: 2-11-06   .



Beverly Perry
_____
NOTARY PUBLIC

DALLAS: 38735.00001: 1375174v1