## AFFIDAVIT OF ABIGAIL B. MOORE

NOW comes the undersigned, who being sworn, deposes and says as follows:

1. She is an associate at Locke, Liddell & Sapp, LLP in Dallas, Texas.

2. She was admitted to practice in the State of Texas in 2002. Since that time she has also been admitted to practice in all of the State Courts of Texas, the U.S. District Court for the Northern District of Texas (2002), the U.S. District Court for the Eastern District of Texas (2003), and the U.S. Court of Appeals for the 5th Circuit (2003).

3. She is currently a member in good standing of the State Bar of Texas. There are no disciplinary proceedings which have ever been filed against her.

FURTHER, the Affiant saith not.

Dated this 14th day of March, 2005.

_____
ABIGAIL B. MOORE

The foregoing release was subscribed, sworn to and acknowledged before me by ABIGAIL B. MOORE, this 14th day of March, 2005.

My Commission Expires: 2-11-06 .

_____
NOTARY PUBLIC

DALLAS: 38735.00001: 1375186v1