UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., <br> and JOHN F. HANSON, D.M.D., P.C., <br><br> Plaintiffs, <br> v. <br><br> ORTHALLIANCE, INC., <br> a Delaware corporation, <br><br> Defendant. | Civil Action No. 3:04-CV-30045-MAP <br><br> FILING FEE PAID: <br> RECEIPT # 305883 <br> AMOUNT $ 100.00 <br> BY DPTY CLK MGL <br> DATE 3/17/05 |

## MOTION FOR ADMISSION OF
## RICHARD M. GOLDSTEIN AND KEITH R. GAUDIOSO

John R. Gobel hereby moves the Court for admission of Richard M. Goldstein and Keith R. Gaudioso to the bar of this Court *pro hac vice*, to serve as co-counsel for the Plaintiffs, John F. Hanson, Jr. and John F. Hanson, D.M.D., P.C. In support of this motion, the undersigned states as follows:

1.  Richard M. Goldstein is a partner and Keith R. Gaudioso is an associate of the law firm of Goldstein, Tanen & Trench, P.A., located at 2 South Biscayne Boulevard, Suite 3700, Miami, Florida 33131, with a telephone number of (305) 374-3250 and a facsimile number of (214) 740-8800.

2.  Richard M. Goldstein and Keith R. Gaudioso are members of the Bar of the State of Florida. Richard M. Goldstein was admitted to practice in 1975 and Keith R. Gaudioso was admitted to practice in 1994. They are both active members in good standing in the Bar of the State of Florida and are not the subject of any disciplinary proceeding.

3. Richard M. Goldstein and Keith R. Gaudioso are familiar with the Local Rules for the U.S. District Court for the District of Massachusetts and agree to at all times abide by and comply with them throughout the pendency of this case.

4. John R. Gobel is a member of the Bar of the State of Massachusetts and of this Court, and is currently counsel of record for John F. Hanson, Jr. and John F. Hanson, D.M.D., P.C.

WHEREFORE, John R. Goebel moves the Court for an order admitting Richard M. Goldstein and Keith R. Gaudioso to the Bar of this Court, *pro hac vice*, as co-counsel for John F. Hanson, Jr. and John F. Hanson, D.M.D., P.C.

Respectfully submitted,

John R. Gobel, BBO#196340
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (412) 443-7337
Facsimile: (412) 499-2981

Richard M. Goldstein
GOLDSTEIN, TANEN & TRENCH, P.A.
One Biscayne Tower, Suite 3700
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 374-3250
Facsimile: (305) 374-7632

Keith R. Gaudioso
GOLDSTEIN, TANEN & TRENCH, P.A.
One Biscayne Tower, Suite 3700
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 374-3250
Facsimile: (305) 374-7632

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by United States mail this 16th day of March, 2005, to the following counsel of record.

Robert Aronson, Esquire
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103

Scott Clearman, Esquire
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Lousiana
Houston, Texas 77002

By: _____
John R. Gobel