UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR. and JOHN F. HANSON, DMD, P.C., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Cause Number: 04-30045 - KPN |
| ORTHALLIANCE INC., a Delaware corporation, | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING ADMISSION OF
## ROGER B. COWIE, NOLAN C. KNIGHT, ABIGAIL B. MOORE, PRO HAC VICE

Upon motion of John R. Gobel and Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore for the admission of Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore to the Bar of this Court pro hac vice to serve as counsel for Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C., and the Court having considered said motion and being otherwise sufficiently advised, it is hereby ORDERED AND ADJUDGED that said motion is sustained, and Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore are admitted pro hac vice to the Bar of this Court to serve as counsel for said Plaintiffs.

_____
PRESIDING JUDGE

DALLAS: 38735.00001: 1375709v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR.<br>and JOHN F. HANSON,<br>DMD, P.C.,<br><br>   Plaintiffs,<br>v.<br><br>ORTHALLIANCE INC.,<br>a Delaware corporation,<br><br>   Defendant. | §§§§§§§§§§§<br>Cause Number: 04-30045 - KPN |

## ORDER GRANTING ADMISSION OF
## RICHARD M. GOLDSTEIN AND KEITH R. GAUDIOSO, PRO HAC VICE

Upon motion of John R. Gobel, Richard M. Goldstein, and Keith R. Gaudioso for the admission of Richard M. Goldstein and Keith R. Gaudioso to the Bar of this Court pro hac vice to serve as counsel for Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C., and the Court having considered said motion and being otherwise sufficiently advised, it is hereby ORDERED AND ADJUDGED that said motion is sustained, and Richard M. Goldstein and Keith R. Gaudioso are admitted pro hac vice to the Bar of this Court to serve as counsel for said Plaintiffs.

*Proposed*

                     PRESIDING JUDGE

DALLAS: 38735.00001: 1375717v1