UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., <br> and JOHN F. HANSON, D.M.D., P.C., <br><br> Plaintiffs, <br><br> v. <br><br> ORTHALLIANCE, INC., <br> a Delaware corporation, <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 3:04-CV-30045-MAP |

### AFFIDAVIT OF RICHARD M. GOLDSTEIN

NOW comes the undersigned, Richard M. Goldstein, who being sworn, deposes and states as follows:

1. I am a partner at Goldstein, Tanen & Trench, P.A. in Miami, Florida.

2. I was admitted to practice in the State of Florida in 1975. Since that time I have been admitted to the following courts:

> U.S. District Court, Northern District of Florida (1975)
> U.S. District Court, Middle District of Florida (1978)
> U.S. District Court, Southern District of Florida (1978)
> U.S. Supreme Court (1980)
> U.S. Court of Appeals, Fifth Circuit (1980)
> U.S. Claims Court (1981)
> U.S. Court of Appeals, Eleventh Circuit (1981)

3. I am currently a member in good standing of the State Bar of Florida and have never been the subject of any disciplinary proceedings.

FURTHER AFFIANT SAYETH NOT.

_____
RICHARD M. GOLDSTEIN, Affiant

The foregoing instrument was acknowledged before me this 8th day of March, 2005, by Richard M. Goldstein, who is personally known to me or who has produced his driver's license as identification and who did (did not) take an oath.

_____
Notary Public, State of Florida

My Commission Expires:

_____
Karen Hotaling
[Print Name]

