UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN F. HANSON, JR.,<br>and JOHN F. HANSON, D.M.D., P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHALLIANCE, INC.,<br>a Delaware corporation,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:04-CV-30045-MAP |

### AFFIDAVIT OF KEITH R. GAUDIOSO

NOW comes the undersigned, Keith R. Gaudioso, who being sworn, deposes and states as follows:

1. I am an associate at Goldstein, Tanen & Trench, P.A. in Miami, Florida.

2. I was admitted to practice in the State of Florida in 1994. Since that time I have been admitted to the following courts:

   U.S. District Court, Southern District of Florida (1995)
   U.S. District Court, Middle District of Florida (2004)
   U.S. Court of Appeals, Third Circuit (1995)

3. I am currently a member in good standing of the State Bar of Florida and have never been the subject of any disciplinary proceedings.

FURTHER AFFIANT SAYETH NOT.

_____
KEITH R. GAUDIOSO, Affiant

      The foregoing instrument was acknowledged before me this \_\_\_\_ day of March, 2005, by Keith R. Gaudioso, who is personally known to me or who has produced his driver's license as identification and who did (did not) take an oath.

                                                             _____
                                                             Notary Public, State of Florida

My Commission Expires:                 _____
                                                             [Print Name]



KAREN HOTALING
MY COMMISSION # DD 154934
EXPIRES: October 20, 2006
Bonded Thru Notary Public Underwriters