AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

John F. Hanson, Jr., et al.            **APPEARANCE**

vs.

OrthAlliance Inc.            Case Number: 04-30045 - KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John F. Hanson, Jr. and John F. Hanson, D.M.D., P.C.

I certify that I am admitted to practice in this court. (Pro Hac Vice)

| Date | Signature |
|---|---|
| 3/17/05 | [signature] |

| | |
|---|---|
| Nolan C. Knight | TX 24027125 |
| Print Name   Locke Liddell & Sapp, LLP | Number |

2200 Ross Avenue, Suite 2200
Address

| Dallas | TX | 75201 |
|---|---|---|
| City | State | Zip Code |

(214) 740-8000        (214) 740-8800
Phone Number                     Fax Number