AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

John F. Hanson, Jr., et al.

vs.

OrthAlliance Inc.

**APPEARANCE**

Case Number: 04-30045 - KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John F. Hanson, Jr. and John F. Hanson, D.M.D., P.C.

I certify that I am admitted to practice in this court. (Pro Hac Vice)

| | |
|---|---|
| 3/17/05 | *[signature]* Abigail B. Moore |
| Date | Signature |
| | Abigail B. Moore — TX 24037133 |
| | Print Name — Number |
| | Locke Liddell & Sapp, LLP |
| | 2200 Ross Avenue, Suite 2200 |
| | Address |
| | Dallas — TX — 75201 |
| | City — State — Zip Code |
| | (214) 740-8000 — (214) 740-8800 |
| | Phone Number — Fax Number |