AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

## APPEARANCE

Case Number: 3:04-CV-30045-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

I certify that I am admitted to practice in this court.  (Pro Hac Vice)

| 3/15/2005 | *signature* |
|---|---|
| Date | Signature |

| Richard M. Goldstein | 0197319 |
|---|---|
| Print Name | Bar Number |

2 S. Biscayne Boulevard, Suite 3700
Address

| Miami | FL | 33131 |
|---|---|---|
| City | State | Zip Code |

| (305) 374-3250 | (305) 374-7632 |
|---|---|
| Phone Number | Fax Number |