AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

## APPEARANCE

Case Number: 3:04-CV-30045-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

I certify that I am admitted to practice in this court.  (Pro Hac Vice)

| | |
|---|---|
| 3/15/2005 | _signature_ |
| Date | Signature |
| | Keith R. Gaudioso — 034436 |
| | Print Name / Bar Number |
| | 2 S. Biscayne Boulevard, Suite 3700 |
| | Address |
| | Miami, FL 33131 |
| | City / State / Zip Code |
| | (305) 374-3250 / (305) 374-7632 |
| | Phone Number / Fax Number |