UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR. <br> and JOHN F. HANSON, <br> DMD, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> ORTHALLIANCE INC., <br> a Delaware corporation, <br><br> Defendant. | § § § § § § § § § § § § Civil Action No. 3:04-CV-30045-MAP |

### JOINT EMERGENCY MOTION TO STAY PROCEEDINGS

Plaintiffs John F. Hanson, Jr. and John F. Hanson D.M.D., P.C. ("Plaintiffs") and Defendant OrthAlliance, Inc., ("OrthAlliance") respectfully file the following Joint Emergency Motion to Stay Proceedings:

**I.**

On March 28, 2005, OrthAlliance and a group of doctors from across the nation asserting claims similar to those before this court met for settlement discussions guided by United States District Judge Philip P. Simon of the Northern District of Indiana. At the conclusion of this meeting, OrthAlliance and the doctors, including those before this Court, agreed to a proposed settlement that is subject to final approval by the doctors. The settlement, if implemented, will resolve this litigation.

**II.**

Given that there are approximately 60 doctors involved in the settlement, obtaining the doctors' final approval of the settlement and completing the final settlement papers will take time. The parties have agreed to complete these matters within 60 days.

In light of the proposed settlement, the parties jointly request this Court to stay all proceedings in this matter for 60 days, until May 31, 2005, to afford the parties sufficient time to complete settlement papers.

        Respectfully submitted,

        /s/ Nolan C. Knight (with permission)

        John R. Gobel, BBO No. 196340
        GOBEL & HOLLISTER
        106 Wendell Avenue
        Pittsfield, Massachusetts 01201
        Telephone:  (413) 443-7337
        Facsimile:   (413) 499-2981

        Roger B. Cowie – *pro hac vice*
          Texas Bar No. 00783886
        Nolan C. Knight – *pro hac vice*
          Texas Bar No. 24027125
        Abigail B. Moore – *pro hac vice*
          Texas State Bar No. 24037133
        LOCKE LIDDELL & SAPP LLP
        2200 Ross Avenue, Suite 2200
        Dallas, TX 75201
        Telephone:  (214) 740-8000
        Facsimile:   (214) 740-8800

        COUNSEL FOR PLAINTIFFS

/s/ Robert H. Espey, II

Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, Massachusetts 01103
Telephone:  (413) 733-2600
Facsimile:   (413) 737-4318

Scott M. Clearman – *pro hac vice*
  Texas State Bar No. 04350090
Robert H. Espey, III v—*pro hac vice*
  Texas State Bar No. 24007163
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone:  (713) 223-2005
Facsimile:   (713) 223-3664

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic filing or U.S. Mail on this 1ST day of April 2005 to the following counsel of record:

| | |
|---|---|
| John R. Gobel | Roger B. Cowie |
| GOBEL & HOLLISTER | Nolan C. Knight |
| 106 Wendell Avenue | Abigail B. Moore |
| Pittsfield, Massachusetts 01201 | LOCKE LIDDELL & SAPP LLP |
| | 2200 Ross Avenue, Suite 2200 |
| | Dallas, TX 75201 |

/s/ Robert H. Espey, II
Robert H. Espey, II