UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR.<br>and JOHN F. HANSON,<br>DMD, P.C.,<br><br>Plaintiffs,<br>v.<br><br>ORTHALLIANCE INC.,<br>a Delaware corporation,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  Cause Number: 04-30045 - KPN<br>§<br>§<br>§<br>§<br>§ |

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Plaintiffs Dr. John F. Hanson, Jr. and John F. Hanson, DMD, P.C. (collectively "Plaintiffs"), hereby file this Motion to Withdraw and Substitution of Counsel.

Plaintiffs respectfully request that Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore with the firm of Locke Liddell & Sapp LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, be substituted as lead counsel to replace Brian A. Colao and Christopher M. LaVigne, formerly with the firm of Locke Liddell & Sapp LLP. Plaintiffs would show that Brian A. Colao and Christopher M. LaVigne are no longer associated with the law firm of Locke Liddell & Sapp LLP. Accordingly, Plaintiffs request that Brian A. Colao and Christopher M. LaVigne be relieved as attorneys of record and that Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore be substituted in their place. All substituted counsel have been admitted *pro hac vice* in this action.

**MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL – Page 1**

Respectfully submitted,

*[signature]*
Roger B. Cowie
Nolan C. Knight
Abigail B. Moore
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Richard M. Goldstein
Keith R. Gaudioso
GOLDSTEIN, TANEN & TRENCH, P.A.
One Biscayne Boulevard, Suite 3700
Two South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 374-3250
Facsimile: (305) 374-7632

John R. Gobel
GOBEL & HOLLISTER
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone: (413) 443-7337
Facsimile: (413) 499-2981

COUNSEL FOR PLAINTIFFS,
JOHN F. HANSON, JR. and
JOHN F. HANSON, DMD, P.C.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been served by certified mail, return-receipt requested on this the ___1st___ day of April, 2005, upon:

Scott M. Clearman
Michael D. Meyers
Robert H. Espey, II
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002

Robert Aronson
Law Offices of Robert Aronson
101 State Street
Springfield, MA 01103

By: _____
Counsel for Plaintiffs, John F. Hanson, Jr. and John F. Hanson, DMD, P.C.

**MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL – Page 3**

DALLAS: 38735.00001: 1379932v1