UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN F. HANSON, JR.             §
and JOHN F. HANSON,             §
DMD, P.C.,                      §
                                §
        Plaintiffs,             §
v.                              §        Cause Number:  04-30045 - KPN
                                §
ORTHALLIANCE INC.,              §
a Delaware corporation,         §
                                §
        Defendant.              §

---

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

---

The Motion to Withdraw and Substitution of Counsel in the above captioned matter is

GRANTED.  Brian A. Colao and Christopher M. LaVigne have been withdrawn as counsel in this

matter and Roger B. Cowie, Nolan C. Knight, and Abigail B. Moore have been substituted as lead

counsel.


Dated:  April _____, 2005



                                    _____
                                    United States District Judge

cc:  All Counsel of Record




**ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL – Page 1**

DALLAS: 38735.00001: 1381887v1