IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>ORTHALLIANCE, INC.,<br><br>　　　　Defendant. | Civil Action No. 3:04-CV-30045-MAP |

## JOINT MOTION TO DISMISS

Plaintiff John F. Hanson, Jr. and John F. Hanson, D.M.D., P.C. and Defendant OrthAlliance, Inc. have entered into a settlement agreement that resolves this lawsuit. The parties therefore stipulate to the voluntary dismissal of all pending claims and counterclaims between the parties, with prejudice. Each party shall bear its own attorneys' fees and costs.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ Robert H. Espey, II_____

　　　　　　　　　　　　Robert Aronson
　　　　　　　　　　　　Law Offices of Robert Aronson
　　　　　　　　　　　　101 State Street
　　　　　　　　　　　　Springfield, Massachusetts 01103
　　　　　　　　　　　　Telephone:　(413) 733-2600
　　　　　　　　　　　　Facsimile:　 (413) 737-4318

　　　　　　　　　　　　Scott M. Clearman – *pro hac vice*
　　　　　　　　　　　　　Texas State Bar No. 04350090
　　　　　　　　　　　　Robert H. Espey, III - *pro hac vice*
　　　　　　　　　　　　　Texas State Bar No. 24007163
　　　　　　　　　　　　McClanahan & Clearman, LLP
　　　　　　　　　　　　4100 Bank of America Center
　　　　　　　　　　　　700 Louisiana
　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　Telephone:　(713) 223-2005
　　　　　　　　　　　　Facsimile:　 (713) 223-3664
　　　　　　　　　　　　 COUNSEL FOR DEFENDANT

/s/ Nolan C. Knight (with permission)

John R. Gobel, BBO No. 196340
Gobel & Hollister
106 Wendell Avenue
Pittsfield, Massachusetts 01201
Telephone:  (413) 443-7337
Facsimile:   (413) 499-2981

Roger B. Cowie – *pro hac vice*
  Texas Bar No. 00783886
Nolan C. Knight – *pro hac vice*
  Texas Bar No. 24027125
Abigail B. Moore – *pro hac vice*
  Texas State Bar No. 24037133
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone:  (214) 740-8000
Facsimile:   (214) 740-8800
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served by electronic filing or U.S. Mail on this 27th day of May 2005 to the following counsel of record:

| | |
|---|---|
| John R. Gobel | Roger B. Cowie |
| Gobel & Hollister | Nolan C. Knight |
| 106 Wendell Avenue | Abigail B. Moore |
| Pittsfield, Massachusetts 01201 | Locke Liddell & Sapp LLP |
| | 2200 Ross Avenue, Suite 2200 |
| | Dallas, TX 75201 |

                                      /s/ Robert H. Espey, II
                                      Robert H. Espey, II

#24802 v1