IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HANSON, JR., and JOHN F. HANSON, DMD, P.C.,<br><br>Plaintiffs,<br>vs.<br><br>ORTHALLIANCE, INC.,<br><br>Defendant. | Civil Action No. 3:04-CV-30045-MAP |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having been advised by the parties that all claims have been settled and that they desire this action to be dismissed with prejudice, is of the opinion that this action should be dismissed with prejudice.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. This action is dismissed in its entirety with prejudice;

2. All costs of court are taxed against the parties incurring same; and

3. This is a final judgment. All relief not expressly granted herein or by any prior order of the Court is hereby denied.

SIGNED this the _____ day of _____, 2005.

_____
Judge Presiding

#24803 v1